**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ERIC YOUNG,

       Plaintiff,

v.                                       Case No. 11-12780

CITY OF HIGHLAND PARK, et al.,

       Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL, GRANTING IN PART
DEFENDANTS' MOTION TO COMPEL, AND
EXTENDING THE DEADLINE TO SERVE EXPERT REPORTS**

Before the court are cross-motions to compel. Responses have been filed to

both motions, and the court conducted a hearing on the motions on February 9, 2012.

For the reasons stated on the record,

IT IS ORDERED that Plaintiff's motion to compel [Dkt. # 15] is GRANTED and

Defendants' motion to compel [Dkt. # 16] is GRANTED IN PART. Specifically,

Defendants' counsel is DIRECTED to fully respond to Plaintiff's outstanding discovery

responses by **February 23, 2012**. Failure to exercise diligence in order to adequately

respond to the responses will result in sanctions including, without limitation, preclusion

of undisclosed evidence at trial. *See* Fed. R. Civ. P. 37(b)(2). Counsel is further

DIRECTED to mutually cooperate to schedule (1) the deposition of Plaintiff to occur no

sooner than seven days following service of Defendants' discovery responses and (2)

the depositions of the individual Defendants thereafter.

IT IS FURTHER ORDERED that the deadline to serve expert reports, for both parties, is EXTENDED until the close of discovery.


 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  February 15, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 15, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\11-12780.YOUNG.Compel.chd.wpd