**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ERIC YOUNG,

    Plaintiff,

v.                                      Case No. 11-12780

CITY OF HIGHLAND PARK, et al.,

    Defendants.

_____/

**ORDER HOLDING IN ABEYANCE ALL PENDING MOTIONS
AND SCHEDULING TELEPHONE CONFERENCE**

On July 20, 2012, the court entered an order, by stipulation, adjourning the final pretrial conference and trial dates so that the parties could proceed to case evaluation in a related state court case, on August 22, 2012.  On August 21, 2012, approximately three months after the dispositive motion cutoff, Defendants filed a motion for summary judgment.   Plaintiff has moved to strike the motion.  Thereafter, Defendants filed a motion for leave to file the motion for summary judgment and a motion for sanctions.  Because the parties are in the process of settlement negotiations, the court will postpone consideration of all motions at this time.  The court expresses no opinion on the merits or timeliness of the  motions, and will discuss the motions with counsel at a telephone conference.  Thus,

IT IS ORDERED that Defendants' three motions [Dkt. ## 29, 31, 34] and Plaintiff's motion to strike [Dkt. # 30] are HELD IN ABEYANCE and no briefing shall be prepared or filed on either motion until further order of the court.

IT IS FURTHER ORDERED that counsel shall participate in a telephone conference on **September 24, 2012, at 11:00 a.m.**  The court will place the call.

 s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  September 5, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 5, 2012, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\11-12780.YOUNG.Abeyance.chd.wpd