UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC YOUNG,

    Plaintiff,

v.                                      Case No. 11-12780

CITY OF HIGHLAND PARK, et al.,

    Defendants.
                                            /

## ORDER ADJOURNING TRIAL DATE AND DENYING AS MOOT MOTIONS FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Trial of this matter is currently set for February 4, 2013. The court's schedule, however, cannot accommodate this date, and the trial will therefore be moved to the next available trial date: March 4, 2013. Accordingly,

IT IS ORDERED that trial is ADJOURNED to **March 4, 2013 at 8:30 a.m**. Jury selection will commence at a date and time to be announced, most likely sometime the week of **February 25, 2013.** Counsel are instructed to submit proposed jury instructions and a verdict form consistent with the court's instructions in paragraph 9 of the November 18, 2011 "Scheduling Order" by **February 8, 2013.**

IT IS FURTHER ORDERED that the two motions for writ of habeas corpus ad testificandum [Dkt. ## 39 & 42] are DENIED AS MOOT.

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: January 24, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 24, 2013, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522