**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ERIC YOUNG,

    Plaintiff,

v.                                     CASE NO: 11-12780

CITY OF HIGHLAND PARK, et al.,

    Defendants.

_____/

**ORDER GRANTING IN PART DEFENDANTS' MOTION TO STRIKE
PLAINTIFF'S AMENDED WITNESS LIST**

Defendant moves to strike Plaintiff's Amended Witness List, filed on January 16, 2013 [Dkt # 43], because the deadline for filing a witness list had expired. Plaintiff largely agrees that the list was filed late, but explains:

> Plaintiff amended his Final Witness List to only add the Michigan Department of Corrections as a witness because such entity did not exist at the time of the Court's witness list deadline. Specifically, Plaintiff was incarcerated within the Michigan Department of Corrections in mid-October of 2012 and began receiving medical treatment for his back injury, which has he alleging is an injury that he sustained arising out of the subject incident. Accordingly, given the special circumstance with Plaintiff's incarceration within MDOC, there is good cause to allow Plaintiff to file his amended Final Witness List to add Michigan Department of Corrections.

Plaintiff filed no motion to amend and, apparently, did not seek concurrence from Defendants. There is no time now for additional discovery, document production, or depositions in advance of trial. No good cause is demonstrated for the delay. The court will strike the added witness, Michigan Department of Corrections. Accordingly,

Defendants' Motion to Strike Plaintiff's Amended Witness List [Dkt #45] is GRANTED IN PART. Those witnesses on Plaintiff's Amended Witness List who earlier

appeared shall remain listed, and the Michigan Department of Corrections is hereby

STRICKEN.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: February 19, 2013


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 19, 2013, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522