UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC YOUNG,

    Plaintiff,

v.                                        Case No. 11-12780

CITY OF HIGHLAND PARK, et al.,

    Defendants.

                                                  /

**ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS**

      Defendants on August 21, 2012, filed a Motion for Sanctions, which is largely a repetition, in theory and argument, of their Motion for Summary Judgment, itself filed some three months past deadline, and denied without prejudice in a separate order. Defendants did not seek concurrence or comply with Rule 11's safe harbor requirement (or, if they did, they did not explain how or when). Indeed, Defendants quoted Rule 11's provisions but stopped short of the safe harbor requirement at Rule 11(c)(2). No further analysis is required. The motion will be denied without prejudice. Accordingly,

      IT IS ORDERED that Defendants' Motion for Sanction [Dkt. # 34] is DENIED WITHOUT PREJUDICE to Defendants' ability to move for similar relief at a later time after compliance with the required predicates has been achieved.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 21, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 21, 2013, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-12780.YOUNG.Motion.Sanctions.DENY.RHC.wpd