UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC YOUNG,

    Plaintiff,

v.                                  Case No. 11-12780

CITY OF HIGHLAND PARK, et al.,

    Defendants.
                                                      /

### ORDER DENYING ALL PENDING MOTIONS

On November 11, 2011, the court issued a scheduling order pursuant to Federal Rule of Civil Procedure 16, setting the dispositive motion cutoff for May 4, 2012.  On August 21, 2012, approximately three months tardy, Defendants filed a motion for summary judgment.  Plaintiff thereafter moved to strike the motion, and Defendants filed a motion for leave to file the summary judgment motion.  The court subsequently informed counsel that it would not consider the summary judgment motion, as good cause did not exist to modify the scheduling order.  Thus,

IT IS ORDERED that Defendants' motion for summary judgment [Dkt. # 29] and Defendants' motion for leave [Dkt. # 31] are DENIED.  Plaintiff's motion to strike [Dkt. # 30] is DENIED as moot.

Finally, Plaintiff's counsel has notified the court that the February 21, 2012 emergency motion [Dkt. # 67] has been resolved; it is therefore also DENIED as moot.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  March 6, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 6, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\11-12780.YOUNG.DenySJ.Untimely.wpd