UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC YOUNG,

       Plaintiff,

v.                                    Case No. 11-12780

CITY OF HIGHLAND PARK, et al.,

       Defendants.
                                                      /

**ORDER OF DISMISSAL**

On March 1, 2013, the parties appeared for a settlement conference, and arrived at a mutually agreeable resolution to this matter. The general terms were placed on the record, and the court expects that their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **May 29, 2013**, to vacate this order if the settlement is not finalized. After **May 29, 2013**, this dismissal is with prejudice.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: March 29, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2013, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522